JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRANUHI SAYLOR, | Case No.: CV 10-4377 DSF (PJWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| BANK OF AMERICA, N.A., TRACY ROBINSON, and SIR MORTGAGE & FINANCE OF ARIZONA, INC., | |
| Defendants. | |

This action came on for decision without hearing, the Honorable Dale S. Fischer, District Judge, Presiding. The Court ordered that the case be dismissed without leave to amend as to all defendants. The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

1  Dated: __8/23/10_____   _<u>/s/ Dale S. Fischer</u>_____
2                                              Dale S. Fischer
                                            United States District Judge